UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

BRANDON FRANCOIS #619736  CASE NO. 1:17-CV-00156 SEC P

VERSUS  CHIEF JUDGE DRELL

LASALLE CORRECTIONS CORP ET AL MAGISTRATE JUDGE PEREZ-MONTES

## MEMORANDUM ORDER

  Before the court is a complaint filed on January 23, 2017.  Upon review of the record, the Court

finds that the plaintiff's suit is not in proper form for the following reasons:

  Plaintiff has failed to submit either the $400.00 to file a complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $400.00 or a completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

  Plaintiff has failed to submit the complaint on approved forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS.  **Plaintiff must submit the complaint <u>on approved forms</u> that are legibly handwritten or typewritten.**

  In accordance with the above,

  **IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order,

amend the pleadings by submitting the information indicated above to the following address: **Clerk of**

**Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

  **FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

  THUS DONE in Chambers on this __27th__ day of _____January_____, 2017.

            Joseph H. L. Perez-Montes
            United States Magistrate Judge

w/Enclosures to plaintiff: Civil Rights Complaint form & IFP application